IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
NORTHERN DIVISION

2006 MAY 11  P 1:22

|                              |     |                                    |
|------------------------------|-----|------------------------------------|
| UNITED STATES OF AMERICA,    | )   | DEBRA P. HACKETT, CLK              |
|                              | )   | U.S. DISTRICT COURT                |
| Plaintiff,                   | )   | MIDDLE DISTRICT ALA                |
|                              | )   |                                    |
| v.                           | )   | MISC NO. 2:06 mc 3313-MHT          |
|                              | )   |                                    |
| RETHA LATANYA BRYANT,        | )   |                                    |
|                              | )   |                                    |
| Defendant.                   | )   |                                    |

MOTION FOR ORDER REQUIRING EXAMINATION
OF JUDGMENT DEBTOR

Plaintiff, United States of America, moves the Court to issue

an Order requiring the Defendant, RETHA LATANYA BRYANT, to appear

and testify at a Judgment Debtor Examination in aid of execution

under Rule 69 F.R.C.P., and in support of this Motion relies upon

the Affidavit annexed hereto as Exhibit A.

LEURA G. CANARY
United States Attorney

By:

R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Plaintiff
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7201
E-mail:  rand.neeley@usdoj.gov