AO 133 (Rev. 9/89) Bill of Costs

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**BILL OF COSTS**

UNITED STATES OF AMERICA,

v.                                            Case Number: 2:06MC-3313

RETHA LATANYA BRYANT

Judgment having been entered in the above-entitled action on ___3/24/2000___ against ___Retha L. Bryant___
                                                                        Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $_____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case . . . . | _____ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in this case. . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . . . . | _____ |
| Other costs (please itemize) .Motion for Order, Affidavit, & Order . . . . . . . . . . . . . . . | 45.00 |
| (See Doc. No. 3 Acknowledgement of Service) | |
| TOTAL    $ | 45.00 |

**DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Retha L. Bryant, 177 County Rd 421, Clanton, AL  35045_____ .
Signature of Attorney : __/s/ R. Randolph Neeley_____ .
Name of Attorney: R.. Randolph Neeley, Assistant United States Attorney_____.
For: _____The United States of America____Date: ___6/19/2006_____ .
           Name of Claiming Party

Costs are taxed in the amount of ____$45.00_____and included in the judgment.
_Debra P. Hackett_____ By: _Charlene Campbell_____ _6-20-06_____
Clerk of Court                              Deputy Clerk                         Date